UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS EARNEST ADAMS, | No. 2:16-cv-02994 MCE AC |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition challenges a conviction and/or sentence issued by the Contra Costa County Superior Court.[1] ECF No. 1 at 1. Under 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement[2] have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Federal courts in California generally hear petitions challenging convictions or sentences in the district of conviction, however. See, e.g.,

---

[1] The petition also appears to raise a separate 'cruel and unusual punishment' claim, but there is no indication as to where or when this claim arose. ECF No. 1 at 7. Absent some indication that it arose within the Eastern District, this court concludes that it would be inappropriate to retain jurisdiction over a separate §1983 claim (if that is, in fact, what petitioner intends to present).

[2] Venue in this district would not be proper under this provision either, since petitioner indicates that he is incarcerated at the R.J. Donovan Correctional Facility in San Diego, California. ECF No. 1.

1

Dannenberg v. Ingle, 831 F. Supp. 767, 768 (N.D. Cal. 1993). Contra Costa County lies within the venue of the Northern District of California. Accordingly, in the interest of justice, and pursuant to 28 U.S.C. §1406(a), this action is TRANSFERRED to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

DATED: June 5, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE